**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                           CASE NO: 8:03-cr-302-T-26TBM

JENNIFER MARTELL, #41295-018
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the United States Probation Office's Supplemental Presentence Report (SPR), as well as the parties' responses to that report (Dkts. 467 and 471), the Court finds and concludes that Defendant is not eligible for a reduction in her base offense level pursuant to Amendments 706 and 711 of the United States Sentencing Guidelines.  As the SPR points out, and as the Government correctly argues, the Court originally sentenced Defendant pursuant to a base offense level of 38 derived from the fact that she was accountable for over 4.5 kilograms of cocaine base (crack cocaine), specifically 26 kilograms.  Consequently, Defendant's base offense level still remains at a level 38 and her guideline sentencing range remains unaffected by the amended drug quantities promulgated in Amendment 706.

**DONE AND ORDERED** at Tampa, Florida, on July 9, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
U.S. Probation
Defendant